Maria E. Quiroga
Nevada State Bar Number: 13939
7935 W. Sahara Ave.
Suite #103
Las Vegas, NV 89117
(702) 972-8348
Maria@QuirogaLawOffice.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ZULLI MADRID and RAFAEL ALEJANDRO SANCHEZ GARCIA, | CASE NO. 2:23-CV-00707-GMN-DJA |
| Plaintiffs, | **JOINT STIPULATION FOR DISMISSAL OF CASE WITHOUT PREJUDICE** |
| v. | |
| LOREN K. MILLER, ALEJANDRO MAYORKAS, UR MENDOZA JADDOU, ANTONY J. BLINKEN, PHILLIP SLATTERY, and RICHARD C. VISEK, | NOTED WITHOUT ORAL ARGUMENT |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs Zulli Madrid and Rafael Alejandro Sanchez Garcia, by and through their attorney, and the attorney for the Defendants, respectfully submit this Joint Stipulation for Dismissal of Case Without Prejudice.

At this time Defendants have adjudicated and approved what was requested in Plaintiffs' Complaint. The parties therefore agree that this Complaint is now moot and move to dismiss the case without prejudice. The parties further agree that upon dismissal each party is to bear its own

fees and costs for litigation on this case.

Respectfully submitted on this 17th day of January 2024.

s/*Maria Quiroga*  
Maria E. Quiroga  
Nevada State Bar Number: 13939  
*Attorney for Plaintiffs*

s/Richard T. Colonna  
Richard T. Colonna  
Assistant United States Attorney  
*Attorney for the United States*

**IT IS SO ORDERED**.

The Clerk is kindly directed to close the case.

Dated this 17 day of January, 2025.

_____  
Gloria M. Navarro, District Judge  
UNITED STATES DISTRICT COURT